**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| FALL LINE PATENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC., *et al.*<br><br>Defendants. | CASE NO. 5:24-cv-179-RWS |

## VERDICT FORM

Please follow the directions provided throughout this form. Your answer to each question must be unanimous. In answering the questions, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

**IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

**READ THEM CAREFULLY AND ENSURE YOUR VERDICT COMPLIES WITH THEM**

**<u>Question 1</u>**

Did Fall Line prove by a preponderance of the evidence that DoorDash infringed claim 7 of the '748 patent? *Please answer "yes" (for Fall Line) or "no" (for DoorDash):* ___No___

**If you answered "no" to Question 1, then do not answer any other question in this verdict form and proceed directly to the final page of the verdict form.**

**If you answered "yes" to Question 1, then proceed to Question 2.**

**<u>Question 2</u>**

Did DoorDash prove by clear and convincing evidence that claim 7 of the ’748 patent is not enabled? *Please answer "yes" (for DoorDash) or "no" (for Fall Line):* ____________

**If you answered "yes" to Question 2, then do not answer any other question in this verdict form and proceed directly to the final page of the verdict form.**

**If you answered "no" to Question 2, then proceed to Question 3.**

**Question 3**

What sum of money, if paid now in cash, has Fall Line proven by a preponderance of the evidence would adequately compensate it for DoorDash's infringement of the '748 patent?

$________________________________________

**FINAL PAGE OF THE JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure that it accurately reflects your unanimous determinations. The jury foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this 30th day of July, 2026.